No. 80–5093. PAYNE *v.* TEXAS. Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question.

No. 79–1969. ACKERLEY COMMUNICATIONS, INC., ET AL. *v.* CITY OF SEATTLE ET AL.; and

No. 79–1972. DIAMOND PARKING, INC. *v.* CITY OF SEATTLE. Appeals from Sup. Ct. Wash. dismissed for want of jurisdiction. Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari denied. Reported below: 92 Wash. 2d 905, 602 P. 2d 1177.

No. 79–2026. SALORIO ET AL. *v.* GLASER, DIRECTOR, DIVISION OF TAXATION, DEPARTMENT OF THE TREASURY OF NEW JERSEY. Appeal from Sup. Ct. N. J. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–6626. WILLIAMS *v.* MISSISSIPPI. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–6634. LINDEN *v.* ST. MARTIN'S PRESS ET AL. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–6678. DONNELLY *v.* MIDDLESEX SUPERIOR COURT ET AL. Appeal from Ct. App. Mass. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.